1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DARILYN MARIE KNAK,                    No.  2:20-cv-00943 AC

12               Plaintiff,

13         v.                                RECUSAL ORDER

14    ANDREW SAUL, Commissioner of Social
      Security,
15
               Defendant.
16

17

18         Upon examination of the above-captioned action, the undersigned judge disqualifies

19    herself.  Good cause appearing, IT IS HEREBY ORDERED that the undersigned recuses herself

20    from the above-captioned case.

21         IT IS FURTHER ORDERED that the Clerk of Court reassign this case to another judge

22    for all further proceedings and that the Clerk of Court make appropriate adjustment in the

23    assignment of civil cases to compensate for this reassignment.

24    DATED: November 2, 2020

25

26                                           ALLISON CLAIRE
                                             UNITED STATES MAGISTRATE JUDGE
27

28
                                          1